IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3105 |
| | ) | |
| V. | ) | |
| | ) | |
| BRASE ELECTRICAL CONTRACTING CORPORATION, A Nebraska Corporation, and STEVEN H. BRASE, | ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The parties participated in a telephonic status conference on December 8, 2011 with the undersigned to discuss the further progression of this case. Based on the representations of the parties,

IT IS ORDERED:

1) The final progression order, (filing no. 10), is set aside pending resolution of the parties' anticipated motions for summary judgment.

2) The deposition deadline is January 23, 2012.

3) The deadline for filing motions for summary judgment is February 29, 2012. Responsive briefs will be due in accordance with local rules. No reply briefs shall be filed absent leave of the court and good cause shown.

DATED this 8th day of December, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge